**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID PRENATT, | No. 08-15009 |
| Plaintiff - Appellant, | D.C. No. CV-06-01633-GEB/DAD |
| v. | |
| G.W. WILLIAMS CO., dba SIERRA ROBLES APTS.; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, Jr., District Judge, Presiding

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

David Prenatt appeals pro se from the district court's judgment dismissing

his 42 U.S.C. § 1983 action alleging that his constitutional rights were violated by

state court eviction proceedings. We have jurisdiction under 28 U.S.C. § 1291.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We review de novo a dismissal under 28 U.S.C. § 1915(e).  *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order).

We affirm for the reasons stated in the district court's order of dismissal entered on December 3, 2007, which adopted the magistrate judge's findings and recommendations entered on November 6, 2007.

Prenatt's remaining contentions are unavailing.

**AFFIRMED.**